UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRADY ALVIN WILKEY,

    Petitioner,

        v.

KURT JONES,

    Respondent.

Case No. 1:05-cv-588

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Opinion and Order filed this date:

Judgment is entered in favor of the respondent and against the petitioner.

IT IS SO ORDERED this 28th day of September 2009.


/s/Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge